# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on September 2, 2015, the cause upon appeal to revise or reverse your judgment between

Specialty Select Care Center of San Antonio LLC d/b/a Casa Rio Healthcare and Rehabilitation, Appellant

V.

Jose Flores, as next friend of Julie Flores, Appellee

No. 04-13-00888-CV and Tr. Ct. No. 2013-CI-04577

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED granting the appellant's motion to compel arbitration. The cause is REMANDED to the trial court for further proceedings consistent with our opinion. It is ORDERED that appellant Specialty Select Care Center of San Antonio d/b/a Casa Rio Healthcare and Rehabilitation recover its costs of this appeal from appellee Jose Flores as Next Friend of Julie Flores.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on November 13, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00888-CV

**Specialty Select Care Center of San Antonio LLC d/b/a Casa Rio Healthcare and Rehabilitation**

**v.**

**Jose Flores, as next friend of Julie Flores**

(NO. 2013-CI-04577 IN 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | MARY CORONADO |
| MOTION FEE | $20.00 | E-PAID | JORGE PADILLA |
| CLERK'S RECORD | $276.00 | PAID | |
| MOTION FEE | $10.00 | PAID | JACKSON WALKER |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | JACKSON WALKER |
| FILING | $100.00 | PAID | JACKSON WALKER |
| INDIGENT | $25.00 | PAID | JACKSON WALKER |
| STATEWIDE EFILING FEE | $20.00 | PAID | JACKSON WALKER |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this November 13, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853